**Kaimel GLENN, Plaintiff—Appellant,**

**v.**

**April BAKER, Defendant—Appellee.**

**No. 09–7299.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Kaimel Glenn, Appellant Pro Se. Philip Melton Andrews, Mary Beth Ewen, Kramon & Graham, PA, Baltimore, Maryland, for Appellee.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaimel Glenn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Glenn v. Baker,* No. 1:09–cv–00388–WDQ (D. Md. filed June 4, 2009 & entered June 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*